# Joseph Gorin, Psy.D & Associates, LLC

2607 Connecticut Ave, NW
Washington, DC 20008
phone: 202-518-5900
fax: 202-518-5900
DC License PSY 1715
MD License 03135
e-mail: jgorin@joegorin.com
www.joegorin.com

**Education**

**Massachusetts School of Professional Psychology**
Doctor of Psychology (Psy.D.), 1984

**Fielding Graduate University**, Santa Barbara, California
Postdoctoral Certificate in Neuropsychology    2005

**Antioch/New England**   M.A. in Counseling Psychology, 1979

**George Washington University**   B.A. in Sociology, 1971

## PROFESSIONAL EXPERIENCE

**Private Practice Joseph Gorin, Psy.D. & Associates, LLC**, (since 10/09) Washington, D.C.   January 1995-present
Individual and marital therapy, supervision, neuropsychological assessment, forensic assessment, special education assessments in public charter schools, consultation to community agencies and immigration attorneys. Coordination and leadership of a team of about 12 psychologists, postdoctoral fellows and doctoral students. Assessments also include evaluating intellectual disabilities, learning disabilities, traumatic brain injury, dementia, and cognitive effects of neurological problems. Specialized assessment for immigrants and refugees, with well over 1000 related evaluations. This includes over 100 appearances in court as an expert witness. Have also been an expert witness in other areas. Services in English and Spanish.

**George Washington University**                January 2006- present
Associate Professor in Clinical Psychology: Teaching classes in psychotherapy and in neuropsychological assessment to doctoral students in the professional psychology department.
1999-present: Clinical Faculty   Supervising psychotherapy work of doctoral externs.

**House of Ruth**   Washington, D.C.   January 1998-2011
Psychotherapy with pre-school and elementary school age children and their families. Psychotherapy with women recovering from domestic violence and/or substance abuse.

**Clinica del Pueblo**   Washington, D.C. January 1994-May 2008
Clinical supervision of graduate students and professional staff providing brief psychotherapy to the Latino community.

**Center for Mental Health** (formerly DCIMH) Washington, D.C. June 1994-January 2004
<u>Director of Psychology Training:</u> ('94-01) Responsible for implementing student training program, including didactic teaching, supervision of doctoral students and professional staff. Individual, child, family and group therapy.  ('01-'04) Supervision of doctoral students and staff.

**Columbia Road Health Services** Washington, D.C. August 2003- October 2006
Clinical supervision of professional staff.

**PL000062**

**Washington Medical Group** Bethesda, MD  September 2004-August 2005
Neuropsychological testing in a neurological office. Work focused on those who had suffered traumatic brain injuries.

**Chesapeake Institute**, Wheaton, MD   November 1993-April 1994
<u>Staff Psychologist:</u> Individual and family treatment of sexually abused children and adult survivors of sexual abuse. Evaluation, individual and group treatment of adult and adolescent sexual offenders.

**River Valley Counseling Center**, Holyoke, MA April, 1991-November, 1993
<u>Staff Psychologist</u>   Individual and family therapy for children and adults traumatized by sexual violence. Work included play therapy, hypnotherapy, psychological testing and consultation to schools and  DSS.
<u>HIV Team</u>-Individual, group, marital and family therapy. Initiated and facilitated group program for mothers of HIV infected children. Supervision of professional staff.

**Northampton Area Mental Health Services**, Northampton, MA  1983-1987
<u>Director of Training:</u>  Responsible for recruiting masters, doctoral and post-doctoral students and for designing and implementing a training program. Individual, marital and family therapy. Consultation to community agencies. Supervision of professionals and students.

## OTHER EXPERIENCE
**Walter Reed Military Medical Center**          April 2012-March 2013
PTSD evaluator in Research study: "Brain Indices of Risk for PTSD after mild traumatic brain injury." Sponsored by Center for Neuroregenerative Medicine: Injury and Traumatic Stress Consortium

**Maria Zimmitti and Associates**                          Dec. 2006- 2010
Psychological testing, particularly regarding learning disabilities.

**End-to-End Solutions**                                  Sept. 2005-August 2007
Psychological testing, particularly regarding learning disabilities in Washington D.C.'s charter schools.

**Walter Reed Army Medical Center, Defense and Veterans Brain Injury Center**  Jan. 2004-Sept. 2004
Volunteer. Neuropsychological testing of injured military personnel.

**Franklin/Hampshire Community Mental Health Center**, **The Bridge**   Northampton, MA   1981-1983
Individual, family and milieu therapy with psychiatrically deinstitutionalized patients in a day treatment setting.

**Youth and Family Services of Greater Westfield**, Westfield, MA     1980-1981
Psychotherapy, with adolescents and their families and with drug-involved individuals. Consulted to a high school guidance department.

**Amherst Community Resource Center**, Amherst, MA September 1979- January 1980
Psychotherapy with individuals and couples.

**SPAN Center**, Agawam, MA  1978-1979
Individual, marital and family therapy in a community mental health center.

**Project COPE**, Lynn, MA   1977-1978
Psychotherapy with drug dependent individuals in a drug free, out-patient setting. Responsible for community education on drugs in high schools and to parents' groups.

## PROFESSIONAL LICENSURE AND CERTIFICATION

*Licensed Psychologist #PSY1715, Washington, D.C.
*Licensed Psychologist #3135, State of Maryland

Licensed Psychologist #0810005398 State of Virginia

## AWARDS
*Justice for All Community Partner award, October 2016. Awarded by Capital Area Immigrant Rights Coalition
*Florence H. Mintz Award, for community service in psychology, Boston, MA April 2011. Awarded by Massachusetts School of Professional Psychology
*Service Award, Washington, D.C. May 2008, La Clinica del Pueblo

## LANGUAGES
Fluent in English and Spanish. Conversant in French.

## PROFESSIONAL MEMBERSHIPS

*American Psychological Association
*National Academy of Neuropsychology
*Division of Clinical Neuropsychology (APA Division 40)
*Physicians for Human Rights Asylum Network
*Hispanic Neuropsychological Society
*DC Psychological Association

## PRESENTATIONS GIVEN
"Understanding the Multiple Aspects of Attention" Presented to Prince George's County Maryland School Psychologists 4/22/16

"Mindfulness-Based Resilience Training" Capital Area Immigrant Rights Coalition" 12/12/14 Washington, DC: Tahirih Justice Center 2/23/14, Falls Church Virginia; Human Rights First 4/21/15, Washington, DC

"Psychological Evaluations for Immigrants and Refugees: How mental health professionals can help in the immigration process: Massachusetts School of Professional Psychology, 10/25/14 Boston, MA co-presented with Richard Mollica and Michelle Contreras

"The Neuropsychological Underpinnings of Psychotherapy" Washington School of Psychiatry, 5/31/2014 Co-presented with Jon Frederickson, Georgia Degangi and Gordon Kirschner

"Secondary Trauma and Brain Anatomy for attorneys and working with trauma survivors" 3/24/14 to staff of Tahirih Justice Center, Falls Church ,VA (with videoconferencing to Houston and Baltimore offices)

"Mental Health and Capacity in Immigration Court" 3/18/14, Immigration Advocates Network, e-Conference, panelist

"Particular social group cases," Advanced Track panel member, 2/21/14, Federal Bar Association Asylum Conference, Washington College of Law, Washington, D..C.

"PTSD for attorneys and understanding vicarious traumatization" 1/10/14 to law students at Georgetown Law School

"Vicarious traumatization and how to address it" 12/13 12 to staff of CAIR Coalition, Washington, DC

"Understanding commonly seen psychiatric diagnoses in immigration-related cases" 5/13, at the Catholic Legal Immigration Network 16th Annual Convening Washington, DC

* **"**Overview of commonly-seen psychiatric symptoms and diagnoses and what they mean"and "Building trust and rapport with individuals with mental illnesses that they do not acknowledge" at the"Representing Detained Clients with Mental Disabilities in Immigration Court" training 2/13, Sponsored by Cair Coalition, Washington, DC

*Working with clients with PTSD" 2/13 at Representing Asylum Seekers-The Basics, sponsored by DC Bar, CAIR Coalition, Human Rights First and Whitman-Walker Health Legal Services 2/13 Washington, DC

*"Understanding and Addressing Secondary Trauma and Compassion Fatigue" 12/12 to staff of CAIR Coalition, Washington, DC

*"Integration of Psycho-legal Concepts of Immigration and Psychological Data" 3/12, at annual conference of the Society for Personality Assessment, Chicago

* "Attention: A multi-faceted Process" 2/12 at Behavior 360: A Conference for Educators, sponsored by the D.C. Special Education Co-operative and DC Public Schools, Washington, DC

*"Understanding PTSD for Asylum Attorneys" 12/11 Sponsored by Human Rights First, Washington, DC

*"PTSD: Cross-Cultural Application, Diagnosis and Treatment" 1/11 sponsored by George Washington University Department of Professional Psychology, co-presented with Rajeev Warrier, Psy.D.

*"Understanding and Evaluating PTSD" 11/10 Jornadas de Psicologia Forense, sponsored by Universidad de Iberoamerica, San Jose, Costa Rica

*"Forensic Neuropsychological Assessment: The Basics" 11/10 Jornadas de Psicologia Forense, sponsored by Universidad de Iberoamerica, San Jose, Costa Rica

*"Suggestions for asylum attorneys working with the PTSD survivor" 11/10 Sponsored by Human Rights First, Washington, DC

*"Attention in the Classroom: What to do about it" 8/10, Casey Jumpstart Conference, Sponsored by DC Publich Charter School

*"Attention: A multi-faceted process: 5/10 at Unique Schools Serving Unique Students: Charter Schools and Children with Special Needs, Sponsored by D.C. Special Education Co-operative and the Center for Reinventing Public Education

*Mental Health Issues and Competency" 1/10 Sponsored by Maggio & Kattar Immigration Lawyers. Delivered to immigration lawyers working in private practice and private nonprofit organizations.

*"Understanding PTSD, for attorneys" 10/09, 11/10 Sponsored by Human Rights First. Delivered to attorneys for large law firms who will be taking *pro bono* asylum cases.

* "How we learn: What helps, what gets in the way." 4/09 Parent Association of Sandy Spring Friends School, Sandy Spring, MD

* "Assessment of PTSD" George Washington University, Assessment Lecture Series, 2/08, Department of Professional Psychology, Washington, D.C.

"Cross Cultural Implications for Neuropsychological Assessment" Fielding Graduate University, Bethesda, MD 9/07

* "Understanding Child Sexual Abuse" Healthy Families, Thriving Communities, D.C. 3/04

* "Case Management Issues in Child Sexual Abuse Cases" 11/03, Family Support Collaboratives of D.C.

*"Signs of Sexual Abuse in Pre-schoolers" 10/99 to the staff of House of Ruth, Washington, D.C.

**PL000065**

*"Understanding and Treating Posttraumatic States" 1/99 Alexander Institute, Washington, D.C.

*"Understanding Depression for Primary Health Care Professionals" 12/98 Clinica del Pueblo, Washington, D.C.

*"Exploring Diversity" year long, monthly, experiential seminar, Center for Mental Health, Washington, D.C. 10/00-5/01, 10/99-5/00, 10/98-5/99, 10/97-5/98, 10/96-5/97, 10/95-5/96

*"Therapy with Children and Families" weekly seminar with doctoral and master's degree candidates, CMH, 10/99-5/00, 10/98-5/99, 10/97-5/98, 10/96-5/97, 10/95-5/96

*"Working With the Borderline Patient in a Multi-disciplinary Primary Health Care Setting" Clinica del Pueblo 1/98

* "Developing a Teamwork Approach to Domestic Violence" Clinica del Pueblo, 8/97

* "Working With the Latino Client" Community Connections, Washington, D.C. 3/97

* "Family Therapy: An Introduction to Systemic Thinking" CMH, 2/97

* "Understanding and Treating PTSD: The Basics" CMH 11/96

* "Group Psychotherapy" CMH 10/96

* "The Beginning Stage of Treatment" CMH 9/96

* "Cross-Cultural Counseling: The Psychological Impact of Oppression" National Multicultural Institute, Eleventh Annual National Conference 5/96, Washington, D.C.

* "Treating PTSD" Clinica del Pueblo 4/96

* "Understanding Psychological Trauma: Physiological, Cognitive and Developmental Effects" Clinica del Pueblo, 4/96

*"Short Term Stabilization of the Trauma Survivor" CMH, 3/96

*"Grief and Loss in the Inner City" at Annual Guidance Counselors Conference, Washington, D.C. Public Schools, November 1995

* "Short Term Stabilization of Trauma Clients" CMH, April 1995

* "Basics of Play Therapy" to the staff of Latin American Youth Center, April 1995

* "Risk Factors for Suicide in Latino Adolescents" to the staff of LAYC, March 1995

*"Recognizing the Symptoms of PTSD and What to Do About It" to the staff of Family Place in Washington, D.C. March, 1995

*"Prevention of Child Abuse" to the staff of Mary's Center for Maternal and Child Development, Washington, D.C. February, 1995

*"Race, Culture and Psychotherapy" CMH, 10/94

* "Recognizing the Signs of PTSD and Depression" to the midwifery staff at Mary's Center, Washington, July, 1994

*"Changes and Challenges: Mental Health Clinicians Look at HIV/AIDS," sponsored by Berkshire Area Health Education Center   Holyoke, MA, April, 1993

* "Working With HIV-Infected Clients in a Latino Community," sponsored by the Department of Psychology, University of Massachusetts, March, 1993

* "Psychosocial Issues Related to HIV Infection," sponsored by the Hampden County AIDS Coalition October, 1992 Springfield, MA

* "A Model for a Culturally Relevant Support Group for HIV-Infected Puerto Rican Women," at the Regional Primary Care Conference, sponsored by the School of Nursing, University of Massachusetts October, 1992

## OTHER CONSULTATION AND TEACHING EXPERIENCE

Transcom    August 2006-2008
  Translation harmonization of Spanish language neuropsychological instruments from the Spanish of Spain to the Spanish spoken by Latin Americans living in the U.S.

 Legal Momentum   August-November 2008, March 2010  (Washington, D.C. and Postville, Iowa)
 Consultation to lawyers for undocumented immigrants who had been subjected to workplace abuse and had been arrested in a mass arrest by immigration authorities.

 American School of Professional Psychology, Roslyn, VA  March 2001
 Diversity workshop for core faculty and clinical supervisors.

 Howard University, Washington, D.C.
 Adjunct Professor, 1998-2001

 Museum of Science, Boston, Mass.   April 1997
 Diversity workshop and consultation to managerial staff.

 Susquehanna University, Selinsgrove, PA, November 1996
 Diversity Workshop and Consultation to Faculty Diversity Task Force.

 Latin American Youth Center, Washington, D.C., 12/95-2/96: 12/96-2/97
 Clinical Consultant: Clinical supervision of social services staff providing services to inner city Latin American youth.

 Massachusetts Department of Public Health  Feb. 1993-Nov. 1993
 Group Leader: Facilitation of monthly support group, open to helping professionals in Western Massacusetts working with HIV-infected individuals.

 Family Planning Council of Western Massachusetts, Greenfield, Massachusetts    Feb. 1993-Nov. 1993
 Group Leader: Facilitation of support group for Family Planning employees who work with HIV-infected individuals.

 University of Massachusetts, Amherst, Massachusetts
 Adjunct Faculty, 1985-1987

 Massachusetts School of Professional Psychology
 Boston, Massachusetts 1985-1987 Adjunct Faculty

 Mayor's Task Force on Latino Human Services, Northampton, Massachusetts, 1985-1987
 Ongoing evaluation of human services for Latinos in Northampton. Recommendations made to mayor and city council.

Tri-County Youth Programs, Northampton, Massachusetts  1987
Consultant: Consultation to a residential program for emotionally disturbed adolescents.

**HUMAN RIGHTS AND RELATED EXPERIENCE**          July 1987-April 1991

Spent two years in Guatemala and Nicaragua working with various human rights organizations. Two years followup work in the U.S.

**PUBLICATIONS, etc.**

"Empirical Evidence for the cross-cultural applicability of the PTSD Model"  Poster session at the European Conference on Traumatic Stress, Berlin Germany, May 2003 Co-author with Dr. Rajeev Warrier and Mai El-Khoury

Choose Love (Parallax Press, Berkeley, CA., 1993). A narrative of my two years as a human rights activist in Central America.

"Psychoeducational Coping Skills Group for Trauma Survivors"
(unpublished manual) co-authored with Theresa Kipley, M.A. An 8 session group model to reduce symptoms resulting from traumatic stress.

Freedom of the Spirit: More Voices of Hope for a World in Crisis, by Christopher Titmus (Green Print, London, England, 1992) I am the subject of the chapter "Dealing with Death Squads"

PL000068

# Joseph Gorin, Psy.D & Associates, LLC

2607 Connecticut Ave, NW
Washington, DC 20008
phone: 202-518-5900
fax: 202-518-5900
DC License PSY 1715
MD License 03135
e-mail: jgorin@joegorin.com
www.joegorin.com

To: Washington Lawyers' Committee for Civil Rights and Urban Affairs
For: Allan Sergeant
Attention: Dennis Corkery
Date of Bill: December 5, 2016

| Service | Fee (at $275/hr) |
|---|---|
| Meeting with client | 1375 (5 hrs) |
| Writing time | 1237 (4.5 hrs) |
| Collateral (interviews, document review) | 825 (9.5 hrs) |
| Total | 3437 |

Please note: Please do not send payment by any method that requires a signature. Prompt payment is much appreciated. Thank you.

TIN: 260238596

# Joseph Gorin, Psy.D & Associates, LLC

2607 Connecticut Ave, NW
Washington, DC 20008
phone: 202-518-5900
fax: 202-518-5900
DC License PSY 1715
MD License 03135
e-mail: jgorin@joegorin.com
www.joegorin.com

To: PCJF
Attention: Carl Messenio and Mara Verheyden-Hilliard
Date of Bill: February 8, 2017

| **Service** | **Time** |
|---|---|
| Copying, Scanning raw data | 1 hr |

**Total:** 1 hr @ $195/hr=$195

Please note: Please do not send payment by any method that requires a signature. Prompt payment is much appreciated. Thank you.

TIN#: 26-0238596